**ROSENBERG, MUSSO & WEINER, LLP**
*Attorneys At Law*

| | | |
|---|---|---|
| BRUCE WEINER<br>ROBERT J. MUSSO | | 26 COURT STREET<br>SUITE 2211<br>BROOKLYN, N.Y. 11242 |
| LOUIS P. ROSENBERG<br>(1908-1997) | | (718) 855-6840<br>FAX NO. (718) 625-1966 |
| ROBERT NADEL | December 18, 2018 | Email: rmwlaw@att.net |

E-File
Clerk
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

     Re: Viktor Semerik
       **Bankruptcy Case No. 18-44779**

Dear Sir/Madam:

The Trustee's Motion to Dismiss (docket no. 21) was filed in error.

              Very truly yours,

              */s/ Robert J. Musso*
              Robert J. Musso

RJM:jg