# ROSENBERG, MUSSO & WEINER, LLP
*Attorneys At Law*

BRUCE WEINER
ROBERT J. MUSSO

LOUIS P. ROSENBERG
(1908-1997)

ROBERT NADEL

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

Email: rmwlaw@att.net

April 9, 2019

**E-File**
Clerk, United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Victor Semerik f/k/a Victor Semerick
                **Bankruptcy Case No. 18-44779**

Dear Sir or Madam:

    The Trustee's report of no distribution was issued in error. Kindly withdraw the No Distribution Report.

Very truly yours,

/s/ *Robert J. Musso*
Robert J. Musso

RJM:jg