UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

        Chapter 13
        Case No.: 18-44779

VIKTOR SEMERIK,

APPLICATION FOR DISMISSAL
OF CHAPTER 13 CASE

        Debtor(s)
-----------------------------------------------------------X

VIKTOR SEMERIK hereby certifies under the penalty of perjury that:

1. I am the Debtor in the above captioned matter.

2. I filed a Chapter 13 petition ("the case") on 08/20/2018.

3. The case has not been converted under **Section 706, 1112 or 1208** of Title 11 of the United States Code.

4. I request that this Court dismiss this case pursuant to **11 U.S.C. Section 1307.**

Dated: Brooklyn, New York
       July 16, 2019

V.S.

_____
*(Pro Se Debtor's Signature)*